Lawrence J. Hilton (State Bar No. 156524)
Kathleen A. Donahue (State Bar No. 294226)
O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVB HOLDINGS (USA), INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>TAI LAKE COMMUNICATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:12-CV-09809-FMO-VBK<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

1/27/2015                                         [signature]
    *Date*                              *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19900 MacArthur Boulevard, Suite 1050, Irvine, California 92612.

On January 27, 2015, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** on the interested parties in this action as follows:

- **Kevin W Isaacson**
  kisaacson@tingleylawgroup.com,lthomas@tingleylawgroup.com
- **Kevin Patrick O'Brien**
  kobrien@cpmlegal.com,jacosta@cpmlegal.com
- **Bruce Charles Piontkowski**
  bpiontkowski@tingleyllp.com,lthomas@tingleyllp.com
- **Curtis R Tingley**
  ctingley@tingleylawgroup.com

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with O'Neil LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ssimmons@oneil-llp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on January 27, 2015, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Shaun Simmons
(NAME OF DECLARANT)                                    (SIGNATURE OF DECLARANT)

#122936 v1